UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 15 2009
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Dawn Haddock
CASE NUMBER: 89-729

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Ron Melvin (WM Townes) | 9 | 16895.70 |

20651
16895.70

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____
TOTAL: $ 16895.70

DATE: 12/11/09

TRUSTEE

Claim 9. Payment 78.27381%

BANK OF AMERICA, N.A.

CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
1009

WILLIAM M. BARSTOW, TRUSTEE
00 West 34st PMB 905
Anchorage AK 99503

DATE  11/21/09

AMOUNT  ******16,895.70

CASE NUMBER   ESTATE OF
89-00729   HAR   Debtor: HADDOCK, DAWN MARIE

Sixteen Thousand Eight Hundred Ninety Five Dollars And 70/100

1788557
PAY TO THE ORDER OF

RON MELVIN
WM & HELEN TOWNES
510 L STREET #310
ANCHORAGE, AK 99501

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001009⑈ ⑆111000012⑆ 44371050 11⑈